| | |
|---|---|
| <u>DEFENDANT:</u> | DYLAN ANDREW MILLER |
| <u>AGE/YOB</u>: | 28, 1995 |
| <u>COMPLAINT FILED?</u> | _____ Yes   \_\_X\_\_ No |
| | If Yes, MAGISTRATE CASE NUMBER _____ |

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u>   N/A

| | |
|---|---|
| <u>OFFENSE(S):</u> | <u>Count 1</u>: 18 U.S.C. §§ 242 & 250(a), (b)(1) (Deprivation of Rights under Color of Law) |
| <u>LOCATION OF OFFENSE:</u> | Larimer County, Colorado |
| <u>PENALTY:</u> | <u>Count 1</u>: NMT life imprisonment, NMT five years' supervised release, NMT $250,000 fine, $100 SA fee |
| <u>AGENT:</u> | Ben Harris<br>Special Agent, FBI |
| <u>AUTHORIZED BY:</u> | Alison Connaughty<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

\_\_X\_\_ five days or less; \_\_\_ over five days

<u>THE GOVERNMENT</u>

\_\_X\_\_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is not** applicable to this defendant.