AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3/20/2024
JEFFREY P. COLWELL, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| 1. DYLAN ANDREW MILLER, | ) | Case No.   1:24-cr-00083-NYW |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **DYLAN ANDREW MILLER**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Deprivation of Rights under Color of Law, in violation of 18 U.S.C. § 242 & 18 U.S.C. § 250

Date:   3/21/2024

s/ N. Orlin
*Issuing officer's signature*

City and state:   Denver, CO

Jeffery P. Colwell, Clerk of Court, District of Colorado
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* 03/21/2024, and the person was arrested on *(date)* 03/22/2024 at *(city and state)* DENVER, CO | |
| Date: 03/22/2024 | *Arresting officer's signature* s/ H  BENJAMIN S. HARVEY *Printed name and title* SPECIAL AGENT, FBI |